**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Gary Haddock, et al.

                              Plaintiff,

v.                                                    Case No.: 1:24–cv–08216
                                                      Honorable John Robert Blakey

The Middleby Corporation, et al.

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, April 10, 2026:

        MINUTE entry before the Honorable John Robert Blakey: The Court takes under advisement Plaintiffs' amended motion to lift the stay to permit the deposition of PJ Samson [171] and orders Defendant to respond to the motion by 4/21/26. The Court denies as moot the initial motion [169] and strikes the 4/15/26 Notice of Motion date as to all motions. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.