## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Gary Haddock, et al.

                           Plaintiff,

v.                                       Case No.: 1:24–cv–08216
                                         Honorable John Robert Blakey

The Middleby Corporation, et al.

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 12, 2026:

        MINUTE entry before the Honorable John Robert Blakey: The Court denies Plaintiffs' motion to lift the stay [175] and strikes the 5/13/26 Notice of Motion date; the Court will set additional dates when it rules on the pending motions. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.